DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 APRIL 2013

| | | | |
|---|---|---|---|
| 102P13 | State v. Charles Anthony Ball | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31  (COA12-610)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as Moot<br><br>**Beasley, J., Recused** |
| 105P13 | State v. Travis Lavern Jackson | Def's *Pro Se* Motion for NOA (COAP13-100) | Dismissed |
| 106P13 | Nancy Holloway, Employee v. CV Industries, Inc., Employer Aegis Administrative Services, TPA, Carrier | Defs' PDR Under N.C.G.S. § 7A-31 (COA12-868) | Denied |
| 107P13 | Wendell Auto Brokers, Inc. v. A&S Collection Associates, Inc. | Def's PWC to Review Order of COA (COA12-1445) | Denied |
| 107P98-3 | State v. Randolph Wilson | Def's *Pro Se* Motion for NOA | Dismissed |
| 108P13 | JCS Financial Services, L.L.C. v. A&S Collection Associates, Inc. | Def's PWC to Review Order of COA (COA12-446) | Denied |
| 113P13 | State v. James Deonte McGirt | Def's *Pro Se* Motion for Petition for Writ of Actual Innocence | Dismissed |
| 124P13 | State v. Acie Terry Moore | Def's PDR Under N.C.G.S. § 7A-31 (COA12-365) | Denied |
| 125P13 | State v. Tony Memije | 1. Def's NOA Based Upon a Constitutional Question (COA12-263)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |